**FILED**

JUN 2 3 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **4:26CR 305** |
| | ) | |
| THOMAS C. GOODWINE, | ) | Title 18, United States Code, |
| | ) | Sections 111(a)(1) and (b) |
| Defendant. | ) | **JUDGE NUGENT** |

### COUNT 1
(Assaulting, Resisting, or Impeding a United States Employee, 18 U.S.C. § 111(a)(1) and (b))

The Grand Jury charges:

1.      On or about December 11, 2025, in the Northern District of Ohio, Eastern Division, Defendant THOMAS C. GOODWINE did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: E.F., who was engaged in, and on account of, official duties and caused physical contact and inflicted bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### COUNT 2
(Assaulting, Resisting, or Impeding a United States Employee, 18 U.S.C. § 111(a)(1) and (b))

The Grand Jury further charges:

2.      On or about December 11, 2025, in the Northern District of Ohio, Eastern Division, Defendant THOMAS C. GOODWINE did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: C.K., who was

engaged in, and on account of, official duties and caused physical contact and inflicted bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2