IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:26CR305 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS C. GOODWINE, | ) | RESPONSE IN OPPOSITION TO |
| | ) | DEFENDANT'S MOTION FOR |
| Defendant. | ) | TRANSFER |

Now comes the United States of America, by and through its counsel, David M. Toepfer, United States Attorney, and Toni Beth Schnellinger Feisthamel, Assistant United States Attorney and hereby respectfully requests that this Court deny Defendant's motion requesting the Court to order the Defendant to be transferred from Mahoning County Jail to the Northeast Ohio Correction Center (NEOCC).  (R. 11: Motion, PageID 35-36)  Defendant was placed at NEOCC prior to the incident which was cause for this indictment.  After the incident, the United States Marshals Service transferred the Defendant to Mahoning County Jail as one of the victims is still employed at NEOCC.  The United States Marshals Service does not want to house an alleged perpetrator where a victim is employed.  Therefore, the United States would ask this Court to deny the Defendant's motion.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ Toni Beth Schnellinger Feisthamel
Toni Beth Schnellinger Feisthamel
(OH: 0072638)
Assistant United States Attorney
Federal Building
2 South Main Street, Suite 208
Akron, OH 44308

(330) 761-0531
Toni.Schnellinger.Feisthamel@usdoj.gov